

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2015

No. 04-14-00085-CV

Elizabeth **WEYEL**,
Appellant

v.

James **HOPSON**, and American Bank of Texas, NA f/k/a State Bank & Trust of Seguin,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1630-CV
The Honorable William Old, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Jason K. Pulliam, Justice

The court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court